*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORIE OTIS, | ) | No. C 09-3871 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed this action without prejudice because there is no case or controversy over which the court may exercise jurisdiction. A judgment of dismissal without prejudice is hereby entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Otis871jud.wpd